# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

_____

## CLERK'S CERTIFICATE
_____

No.  17-1306,        Marine Specialty Painting Inc. v. OSHA

    I, Patricia S. Connor, Clerk of the United States Court of Appeals for the Fourth Circuit, do certify that the electronic documents on the court's CM/ECF docket constitute the proceedings in the United States Court of Appeals for the Fourth Circuit, as the same remain among the records and files of this court.

    /s/ Patricia S. Connor
Clerk of the United States Court
of Appeals for the Fourth Circuit

Date: 03/15/17